```
                            United States Bankruptcy Court
                             Northern District of Oklahoma
In re:                                                                   Case No. 19-11440-M
Katie Delana Lancaster                                                   Chapter 7
          Debtor                   CERTIFICATE OF NOTICE
District/off: 1085-4          User: admin                  Page 1 of 2                  Date Rcvd: Jul 12, 2019
                              Form ID: 309A                Total Noticed: 33
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2019.
```
db             +Katie Delana Lancaster,   8604 E 103rd St.,   Tulsa, OK 74133-6982
smg             Oklahoma Tax Commission,   General Counsel's Office,   100 N Broadway Ave, Suite 1500,
                 Oklahoma City, OK 73102-8601
2793250       ++AMERICAN HONDA FINANCE,   P O BOX 168088,   IRVING TX 75016-8088
               (address filed with court: American Honda Finance,   P.O. Box 65507,   Wilmington, DE 19808)
2793251        Associated Anesthesiologist, Inc.,   6889 S Canton,   Tulsa, OK 74136-3406
2793264       ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
               (address filed with court: Home Depot Credit Services,   P.O. Box 6028,
                 The Lakes, NV 88901-6028)
2793261        +Ed Financial,   298 N. Seven Oaks Dr.,   Knoxville, TN 37922-2369
2793262         Hibdon Tires Plus,   Credit Frist N.A.,   P.O. Box 81344,   Cleveland, OH 44188-0344
2793263        +Hinds Law Firm, PC,   1611 S. Denver Ave.,   Tulsa, OK 74119-4232
2793267        +Lamun, Mock, Cunnyngham & Davis,   5613 N. Classen Blvd.,   Oklahoma City, OK 73118-4015
2793268        +National Collegiate Trust,   237 Park Ave., Ste. 21,   New York, NY 10017-3140
2793270         Saint Francis Health Systems, Inc.,   PO Box 258898,   Oklahoma City, OK 73125-8898
2793273        +Warren Clinic,   10125 S. Sheridan Rd. #G,   Tulsa, OK 74133-6766
2793275        +Works & Lentz, Inc.,   Union Plaza Suite 225,   3030 NW Expressway,
                 Oklahoma City, OK 73112-5434
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: lnalagan1@cox.net Jul 13 2019 01:02:50     L. Todd Nalagan,
                 Law Office of L. Todd Nalagan,   3750 W. Main St.,   Suite AA,   Norman, OK 73072
tr             +EDI: QSKSWINSON.COM Jul 13 2019 05:08:00     Sidney K. Swinson,   GableGotwals,
                 1100 Oneok Plaza,   100 West Fifth Street,   Tulsa, OK 74103-4279
smg             E-mail/Text: bankruptcy@oesc.state.ok.us Jul 13 2019 01:03:00     Oklahoma Empl. Sec. Comm.,
                 PO Box 53039,   Oklahoma City, OK 73152-3039
smg            +E-mail/Text: bankruptcy@tulsacounty.org Jul 13 2019 01:03:01     Tulsa County Treasurer,
                 500 S. Denver,   Suite 323,   Tulsa, OK 74103-3840
ust            +E-mail/Text: beth.criner@usdoj.gov Jul 13 2019 01:02:53     Office of the United States Trustee,
                 224 South Boulder Avenue,   Suite 225,   Tulsa, OK 74103-3026
2793265         EDI: HNDA.COM Jul 13 2019 05:08:00     Honda Financial Services,   P.O. Box 168008,
                 Irving, TX 75016
2793252         EDI: BANKAMER.COM Jul 13 2019 05:08:00     Bank of America,   PO Box 15220,
                 Wilmington, DE 19886-5220
2793253         EDI: BANKAMER.COM Jul 13 2019 05:08:00     Bank of America,   P.O. Box 5270,
                 Carol Stream, IL 60197-5270
2793254        +EDI: HFC.COM Jul 13 2019 05:08:00     Best Buy,   Retail Services,   P.O. Box 60148,
                 City Of Industry, CA 91716-0148
2793255        +EDI: CHASE.COM Jul 13 2019 05:08:00     Chase,   P.O. Box 94014,   Palatine, IL 60094-4014
2793256         EDI: CITICORP.COM Jul 13 2019 05:08:00     Citi Card,   P.O. Box 6414,
                 The Lakes, NV 88901-6414
2793257         EDI: WFNNB.COM Jul 13 2019 05:08:00     Commenity Bank/Pottery Barn,   PO Box 18789,
                 Columbus, OH 43218-2789
2793258        +E-mail/Text: CCICollectionsGlobalForms@cox.com Jul 13 2019 01:02:56     Cox Communications,
                 P.O. Box 470800,   Tulsa, OK 74147-0800
2793259         EDI: WFFC.COM Jul 13 2019 05:08:00     Dillards/ Wells Fargo Bank,   P.O. Box 660553,
                 Dallas, TX 75266-0553
2793260         EDI: DISCOVER.COM Jul 13 2019 05:08:00     Discover,   P.O. Box 15192,   Wilmington, DE 19850
2793266        +E-mail/Text: bankruptcy@hoodandstacy.com Jul 13 2019 01:02:57     Hood & Stacy PA,
                 216 Main St.,   Bentonville, AR 72712-5335
2793269        +EDI: NAVIENTFKASMSERV.COM Jul 13 2019 05:08:00     Navient,   PO Box 9500,
                 Wilkes Barre, PA 18773-9500
2793271        +EDI: RMSC.COM Jul 13 2019 05:08:00     Synchrnony Bank/ Wal-mart,   P.O. Box 965024,
                 Orlando, FL 32896-5024
2793272        +E-mail/Text: collections@ttcu.com Jul 13 2019 01:02:57     Tulsa Teacher's Credit Union,
                 3720 E. 31,   Tulsa, OK 74135-1507
2793274         EDI: WFFC.COM Jul 13 2019 05:08:00     Wells Fargo Mortgage,   P.O. Box 660455,
                 Dallas, TX 75266-0455
                                                                                               TOTAL: 20

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 1085-4          User: admin              Page 2 of 2              Date Rcvd: Jul 12, 2019
                              Form ID: 309A            Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2019                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 12, 2019 at the address(es) listed below:
NONE.                                                                                        TOTAL: 0
```

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Katie Delana Lancaster** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–8982** <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Northern District of Oklahoma** | | Date case filed for chapter  **7**   **7/11/19** |
| Case number:   **19–11440–M** | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code.
An order for relief has been entered.
This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Katie Delana Lancaster | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 8604 E 103rd St. <br> Tulsa, OK 74133 | |
| 4. | **Debtor's attorney** <br> Name and address | L. Todd Nalagan <br> Law Office of L. Todd Nalagan <br> 3750 W. Main St. <br> Suite AA <br> Norman, OK 73072 | Contact phone 405–364–1668 <br><br> Email: lnalagan1@cox.net |
| 5. | **Bankruptcy trustee** <br> Name and address | Sidney K. Swinson <br> GableGotwals <br> 1100 Oneok Plaza <br> 100 West Fifth Street <br> Tulsa, OK 74103–4217 | Contact phone 918 595–4800 <br><br> Email: sswinson@gablelaw.com |

**For more information, see page 2 >**

Debtor **Katie Delana Lancaster** Case number **19–11440–M**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 224 South Boulder Avenue, Room 105<br>Tulsa, OK 74103 | Hours open: Monday, Wednesday, Thursday, Friday 8:30 a.m. to 4:30 p.m., Tuesday 8:30 a.m. to 3:00 p.m.<br><br>Contact phone 918–699–4000<br>www.oknb.uscourts.gov |
| **7.** | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **August 7, 2019 at 09:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Room B04, 224 South Boulder Avenue, Tulsa, OK 74103** |
| **8.** | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C. § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline:** 10/7/19 |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

**A Photo ID is required to enter the building. Weapons, including pocket knives, are not permitted in the building.**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline** page **2**